■ EDGEMASTER CORPORATION, Plaintiff, v. MORGAN MACHINE CO., INC., Defendant.— Appeal dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEVIS NEDD, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. — Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.